UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER BRADFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>GONZALEZ GUSTAV; DBA PROMEX AUTOMOTIVE, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 06cv2521-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

On March 28, 2007, the parties jointly moved to dismiss all Defendants with prejudice, and to dismiss the complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a). Accordingly, all Defendants are hereby **DISMISSED WITH PREJUDICE** and the complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: April 13, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge